# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

FILED
03/16/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE __SOUTHERN__ DISTRICT OF __INDIANA__

(Full name of plaintiff(s))

__ALAN DAVID TIKAL__

v.

(Full name of defendant(s))

__COMMISSIONER, INTERNAL REVENUE SVC__

__DIRECTOR, IRS MILWAUKEE__

__UNKNOWN IRS EMPLOYEES__

Case Number:

2:23-cv-00128-JPH-MKK

(to be supplied by clerk of court)

A.   PARTIES

1.   Plaintiff is a citizen of __MINNESOTA__, and is located at
     (State)

__PO BOX 33, TERRE HAUTE IN 47808__
     (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.   Defendant __COMMISSIONER, INTERNAL REVENUE SERVICE__
                                                     (Name)

TRULINCS 69252097 - TIKAL, ALAN DAVID - Unit: THA-E-A

---

FROM: 69252097
TO: Legal
SUBJECT: ***Request to Staff*** TIKAL, ALAN, Reg# 69252097, THA-E-A
DATE: 03/11/2023 08:58:17 AM

To: COMPLAINT/RELIEF SOUGHT
Inmate Work Assignment: TIKAL v IRS

COMPLAINT VERBIAGE

IN RE: TIKAL v INTERNAL REVENUE SERVICE et al.

PARTIES: PLAINTIFF; ALAN DAVID TIKAL, 69252-097 an inmate at Federal Correctional Institution TERRE HAUTE INDIANA

DEFENDANTS; (IN THEIR PROFESSIONAL CAPACITIES)
COMMISSIONER, INTERNAL REVENUE SERVICE, WASHINGTON DC/SAN JUAN, PUERTO RICO
DIRECTOR, INTERNAL REVENUE SERVICE MILWAUKEE WI
ALL OTHER UNKNOWN INTERNAL REVENUE SERVICE PERSONNEL

FOR FREEDOM OF INFORMATION ACT (FOIA) NON-DISCLOSURE AND FAILURE TO OBEY FEDERAL LAW

Defendants have failed to disclose information and records sought by the Plaintiff. Plaintiff seeks and has sought:

1. IRS REPORT MEMORANDUM compiled by IRS ADVISOR KOSNOTKA circa 27 APRIL 2022 and all supporting documentation regarding Plaintiff's IRS FORM 14135 filed with the IRS Philadelphia in JANUARY 2022.

2. policy governing your SUBSTITTUTE PAYMENT PROCEDURES.

As proof Plaintiff submits the following correspondence as Exhibits:

A. DEC 19 2022 IRS LETTER citing Plaintiff's 14 OCTOBER 2022 FOIA REQUEST;
B. JAN 25 2023 RESPONSE (original SIGNED and NOTARIZED);
C. JAN 19 2023 IRS LETTER citing Plaintiff's JAN 11, 2023 RESPONSE;
D. JAN 31 2023 RESPONSE and OBJECTIONS to IRS JAN 19 LETTER;

This record clearly establishes Plaintiff's good faith attempts to comply with the IRS procedures and the IRS non-response.

PLAINTIFF SEEKS an immediate order for the Defendants to disclose the records listed above.

Plaintiff is an indigent federal inmate who is unschooled in the law and therefore should be granted a liberal interpretation of this and every pleading as to both the law and procedure, leave to amend defective pleading and the strongest possible legal argument from the facts.

Under Oath and Penalty of Perjury per 28 USC 1746.

*[signature]*
ALAN TIKAL, PRO-PER

C. **JURISDICTION**

[X]   I am suing for a violation of federal law under 28 U.S.C. § 1331.
        OR

[ ]   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. **RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

RELEASE INFORMATION SOUGHT

E.  JURY DEMAND

☒  Jury Demand - I want a jury to hear my case
     OR

☐  Court Trial – I want a judge to hear my case

Dated this 12TH day of MARCH 20 23.

Respectfully Submitted,

_____
Signature of Plaintiff

69252-097
Plaintiff's Prisoner ID Number

PO BOX 33
TERRE HAUTE IN 47808
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

**FILING FEE**

[X]   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ]   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.