UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ALAN DAVID TIKAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00128-JPH-MKK |
| | ) |
| INTERNAL REVENUE SVC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER DENYING MOTION AND REQUIRING PLAINTIFF TO SHOW CAUSE AND PAY FILING FEE**

Plaintiff Alan David Tikal filed this Freedom of Information Act (FOIA) lawsuit to obtain documents from the Internal Revenue Service. Dkt. 1. He also moved to proceed *in forma pauperis*. Dkt. 2. But because Mr. Tikal has "struck out" under 28 U.S.C. § 1915(g), the Court denied this motion. Dkt. 6 at 1. Moreover, since Mr. Tikal failed to mention much of his litigation history, the Court ordered him to show cause why he should not be subject to sanctions, up to and including dismissal of this lawsuit without prejudice. *Id.* at 3. The Court also reminded him that, regardless of the sanctions issue, he must pay the $402 fee for filing this case. *Id.*

The Court's deadline for Mr. Tikal to show cause and pay the filing fee has come and gone. The only thing Mr. Tikal has filed is a "Motion to Retain Jurisdiction Filed Defensively." Dkt. 7. In this filing, he asks the Court to keep jurisdiction over this case in the event he gets transferred from FCI Terre Haute. *Id.* But the Court will not consider any motions until Mr. Tikal (1)

1

explains why he omitted most of his litigation history from his *in forma pauperis* motion and (2) pays the $402 filing fee to the clerk of the district court.  *See* dkt. 6.  Therefore, the Court **DENIES** Mr. Tikal's motion, dkt. [7].

Mr. Tikal has one more chance to do both of those things.  Failure to do so **by May 5, 2023,** will result in the dismissal of this action without further notice.

**SO ORDERED.**

Date: 4/20/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ALAN DAVID TIKAL
69252-097
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808