UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ALAN DAVID TIKAL,                )<br>                                              )<br>            Plaintiff,                    )<br>                                              )<br>       v.                                    )<br>                                              )<br>INTERNAL REVENUE SVC,    )<br>COMMISSIONER,                  )<br>IRS Milwaukee,                      )<br>IRS EMPLOYEES Unknown, )<br>                                              )<br>            Defendants.              ) | No. 2:23-cv-00128-JPH-MKK |

**ORDER DISMISSING CASE**

On March 16, 2023, Plaintiff Alan David Tikal filed this complaint without paying the filing fee. Dkt. 1; *see* 28 U.S.C. § 1914. He moved to proceed *in forma pauperis*, dkt. 2, which the Court denied because he has "struck out" under 28 U.S.C. § 1915(g), dkt. 6 at 1. The Court gave him until April 14 to pay the filing fee. *Id.* at 3. He did not do so. The Court then extended the deadline to May 5. Dkt. 8 at 2. It warned him that the failure to pay the filing fee by that date "will result in the dismissal of this action without further notice." *Id.*

May 5 has come and gone, and Mr. Tikal has not paid the filing fee. Thus, the Court **DISMISSES** this case. Because of the early stage of this case, the dismissal is **without prejudice**. *See Hill v. United States*, 762 F.3d 589, 591 (7th Cir. 2014). Final judgment will issue by separate entry.

1

**SO ORDERED.**

Date: 5/12/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ALAN DAVID TIKAL
69252-097
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

2