UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ALAN DAVID TIKAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00128-JPH-MKK |
| | ) |
| INTERNAL REVENUE SVC, | ) |
| COMMISSIONER, | ) |
| IRS Milwaukee, | ) |
| IRS EMPLOYEES Unknown, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff. This action is dismissed without prejudice.

Date: 5/12/2023

Roger A.G. Sharpe, Clerk

BY: _____Pam Pope_____
Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

ALAN DAVID TIKAL
69252-097
TERRE HAUTE - FCI
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808